Commonwealth *v.* Clark, Petitioner.

Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN,
ROBERTS and POMEROY, JJ.

*Caram J. Abood* and *Lewis H. Ripley, Jr.,* Public
Defenders, for appellant.

*Ferdinand F. Bionaz,* District Attorney, for Com-
monwealth, appellee.

OPINION PER CURIAM, February 19, 1970:

The petition for allocatur is granted and the case remanded for reconsideration in light of our recent decision in *Commonwealth v. McBride*, 440 Pa. 81, 269 A. 2d 737 (1970).